United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH MITCHELL,      No. C 07-3843 SI (pr)

     Plaintiff,     **JUDGMENT**

    v.

SAN JOSE IMMIGRATION AND CUSTOMS ENFORCEMENT DIRECTOR; et al.,

     Defendants.
                                 /

     This action is dismissed with prejudice for failure to state a claim upon which relief may be granted.

     IT IS SO ORDERED AND ADJUDGED.

Dated: September 20, 2007     _____
                                            SUSAN ILLSTON
                                         United States District Judge