FILED

1 | **Joseph Mitchell**
Canadian Illegal Alien State Prison
2 | Prison # D-09632 (E-Wing-301L)
Post Office Box 689
3 | Soledad, Ca. 93960

4 | (Plaintiff In Pro Se)

OCT 2 2 2007

OCT 1 5 2007   RICHARD W. WIEKING

RECEIVED

OCT 2 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6 | IN THE UNITED STATES COURT OF APPEALS

7 | FOR THE NINTH CIRCUIT

8 | * * *    CV-07-03843-SI

9

10 | JOSEPH MITCHELL,

11 | Plaintiff-Appellant,

12 | v.

13 | UNITED STATES ATTORNEY GENERAL,
et al.,

14

15 | Defendant-Appellee.

| ) Docket No.:_____ |
| :--- |
| ) NOTICE OF APPEAL BEFORE |
| ) THE NINTH CIRCUIT COURT |
| ) OF APPEALS; FILED IN |
| ) ACCORDANCE WITH ALL U.S. |
| ) FEDERAL STATUTORY LAWS; |
| ) AND IN ACCORDANCE WITH |
| ) THE U.S. SUPREME COURT'S |
| ) RECENT DECISION IN |
| ) FERNANDEZ-VARGAS v. |
| ) GONZALES,    U.S.    ,    , |
| 126 S.Ct. 2422 (2006) |

16 | TO THE HONORABLE PRESIDING JUSTICES

17 | IN AND FOR THE NINTH CIRCUIT COURT OF APPEALS

18 | Appellant, Joseph Mitchell, hereby notifies this Honorable

19 | Ninth Circuit Court of Appeals Justices, that he is appealing

20 | the "Order of Dismissal" out of the Northern District Court

21 | Federal Court of California. Appellant asserts that the

22 | district court failed to follow several recent U.S. Supreme

23 | Court decisions as follows:  FERNANDEZ-VARGAS v. GONZALES,

24 | ___U.S.___,___, 126 S.Ct. 2422 (2006); I.N.S. v. St. Cyr,

25 | 533 U.S. 289, 316, 123 S.Ct. 2271 (2001); Hill v.

26 | McDonough,___U.S.___,___, 126 S.Ct. S.Ct. 2096, 2100, 165

27 | L.Ed.2d 44 (2006); Wilkinson v. Dostson, 544 U.S. 74, 82,

28

Page-1-Notice of Appeal

1  125 S.Ct. 1242, 161 L.Ed.2d 253 (2005); Nelson v. Campell,

2  541 U.S. 637, 643, 124 S.Ct. 2117, 158 L.Ed.2d 924 (2004);

3  Muhammad v. Close, 540 U.S. 749, 753, 755, 124 S.Ct. 1303,

4  158 L.Ed.2d 32 (2004).

5      All the above United States Supreme Court decisions are

6  not being followed by the Northern District Federal Court

7  and are directly related to the claims set forth in Appellant's

8  §1983 Complaint against "BICE" agents for deliberately failing

9  to hold any procedural deportation hearing, after 23 straight

10  years of state incarceration. Wherefore, the granting of

11  COA in this case is warranted.

12  Dated this _11th_ day of October, 2007.

13                          Respectfully Submitted,

14

15                          _____
                            Joseph Mitchell
16                          Canadian Illegal Alien State Prisoner
                            Without Bar Licensed Counsel
17

18

19

20

21

22

23

24

25                    Page-2-Notice of Appeal

26

27

28

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, _____ Joseph Mitchell _____ , declare:

I am over 18 years of age and I am party to this action.  I am a

resident of CORRECTIONAL TRAINING FACILITY prison, in the County

of Monterrey, State of California.  My prison address is:

        Joseph Mitchell _____ , CDCR #: D-09632 _____
        CORRECTIONAL TRAINING FACILITY
        P.O. BOX 689, CELL #: E-301-L
        SOLEDAD, CA  93960-0689.

On _Joseph Mitchell_____ , I served the attached:

                    Application For COA
                    **Notice of Appeal**

on the parties herein by placing true and correct copies

thereof, enclosed in a sealed envelope (verified by prison

staff), with postage thereon fully paid, in the United States

Mail in a deposit box so provided at the above-named institution

in which I am presently confined.  The envelope was addressed as

follows:
                Ninth Circuit Court of Appeals
                Post Office Box  193939
                San Francisco,  Ca.  94119-3939


                Office of the Attorney General
                455 Golden Gate Ave., Suite 11000
                San Francisco,  Ca.  94102-7004



    I declare under penalty of perjury under the laws of the

State of California that the foregoing is true and correct.

Executed on   _10 - 11 -_  2007    .

                        Joseph Mitchell
                        _____
                        Declarant  Pro Se Petitioner
                        Prisoner ID # D-09632 / E-301-L