UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
FEB 0 8 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH MITCHELL,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SAN JOSE IMMIGRATION AND CUSTOM ENFORCEMENT DIRECTOR; et al.,<br><br>　　　　Defendants - Appellees. | No. 07-16933<br><br>D.C. No. CV-07-03843-SI<br>Northern District of California,<br>San Francisco<br><br>ORDER |

**FILED**
FEB 12 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

On January 11, 2008, this court ordered appellant, within 21 days, to pay the filing fees and show cause why the judgment in this appeal should not be summarily affirmed. The order warned appellant that failure to pay the fees and to show cause would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

*Lisa Calero*
Lisa Calero
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 8 -

by: _____
　　Deputy

```
INTERNAL USE ONLY: Proceedings include all events.
07-16933 Mitchell v. San Jose Immigration, et al

JOSEPH MITCHELL                     Joseph Mitchell
     Plaintiff - Appellant          • D-09632
                                    [NTC prs]
                                    CTF - Correctional Training
                                    Facility
                                    E-Wing-301u
                                    P.O. Box 689
                                    Soledad, CA 93960

     v.

SAN JOSE IMMIGRATION AND            No appearance
CUSTOM ENFORCEMENT DIRECTOR         No Address
     Defendant - Appellee           Generic Address
                                    City,

R. CTF-SOLEDAD (ICE) AGENT          No appearance
     Defendant - Appellee           (See above)
```