**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

February 12, 2008

CASE NUMBER:   **CV 07-03843 SI**
CASE TITLE:   **JOSEPH MITCHELL-v- SAN JOSE IMMIGRATION AND CUSTON ENFORCEMENT DIRECTOR**
DATE MANDATE FILED:   February 12, 2008

TO COUNSEL OF RECORD:

    The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                               Sincerely,

                               RICHARD W. WIEKING, Clerk

                               /s/


                               by:  Yumiko Saito
                               Case Systems Administrator

Distribution:   CIVIL        -        Counsel of Record

                 CRIMINAL   -        Counsel of Record
                                   U.S. Marshal (Copy of Mandate)
                                   U.S. Probation Office

NDC App-16